**FILED**

08/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0428

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0428

IN RE THE MATTER OF THE ESTATE
OF

THOMAS GEORGE BENNETT,

        Deceased.

**THIRD** ORDER
OF MEDIATOR APPOINTMENT

Therese Fox Hash, the mediator previously appointed in this matter, has notified the parties that she declines the appointment. Accordingly, Ms. Hash's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Dean D. Chisholm,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 22nd day of August, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court